Andrew G. Deiss (USB 7184)
Diana F. Bradley (USB 14603)
DEISS LAW PC
10 West 100 South, Suite 425
Salt Lake City, Utah 84101
Tel: (801) 433-0226
adeiss@deisslaw.com
dbradley@deisslaw.com

*Counsel for Harry Dschaak and Christine Marie Melonakos-Katas*

| IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION | |
|---|---|
| FILTAGREEN INTERNATIONAL, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HARRY DSCHAAK, CHRISTINE MARIE MELONAKOS-KATAS *et al.,* <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No. 2:16-cv-00790-DS <br><br> Hon. Judge David Sam |

Notice is hereby given of the entry of Diana Bradley as counsel for Harry Dschaak and Christine Marie Melonakos-Katas in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

//

Andrew G. Deiss,
Diana F. Bradley
DEISS LAW PC
10 W. 100 S., Suite 425
Salt Lake City, UT 84101
Tel: (801) 433-0226
adeiss@deisslaw.com
dbradley@deisslaw.com


RESPECTFULLY SUBMITTED this 26th day of September, 2016.

                                            DEISS LAW PC
                                            /s/ Diana F. Bradley
                                            *Counsel for Harry Dschaak and*
                                            *Christine Marie Melonakos-Katas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2016, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served by e-file notification to the following:

**Attorney for Plaintiffs**

    Joseph L. Nemelka
    JOSEPH LEE NEMELKA PC
    6806 S 1300 E
    Salt Lake City, UT 84121
    (801)860-1363
    Email: joenemelka@comcast.net

                                        DEISS LAW PC

                                        /s/ Alexandra D. Butler
                                        Alexandra D. Butler