AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILTAGREEN INTERNATIONAL et al.,

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

v.

HARRY DSCHAAK et al.,　　　　　　　　　　Case Number: 2:16CV790 DS

    Defendants.

    IT IS ORDERED AND ADJUDGED

    that Plaintiffs' case is dismissed for lack of jurisdiction.

September 28, 2016　　　　　　　　　　D. Mark Jones
*Date*　　　　　　　　　　　　　　　　　*Clerk of Court*

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　*(By) Deputy Clerk*